**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ISLAM MAHMOUD ABDELRAHMAN
MAHMOUD ALY,

        Petitioner,

    v.

MARKWAYNE MULLIN
*in his official capacity as Secretary of the
Department of Homeland Security*, ET AL.,

        Respondent(s).

3:26cv00831

ELECTRONICALLY FILED

### CASE MANAGEMENT ORDER (COUNSELED)

The Court orders as follows:

1. **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at:  usapaw.civ.imm.2241.moshannon@usdoj.gov.  The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2. **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** The Court has reviewed the petition and supporting materials and finds that the threshold issue concerns whether Petitioner is subject to

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

- 2 -

discretionary detention pursuant to 8 U.S.C. §1226(a) and therefore, entitled to a bond hearing, or mandatory detention under 8 U.S.C. § 1225(b) and therefore, not entitled to a bond hearing.  For the reasons set forth in this Court's Memorandum Order in *Rivera Juarez v. Oddo et al.*, Civ. No. 3:26-718 (W.D. Pa), *see* Doc. 10, the Court tentatively intends to grant a writ. If Respondents believe that there are factual or legal differences between this case and the *Rivera Juarez* decision or other cases decided to date by the judges of the United States District Court for the Western District of Pennsylvania concerning the issue, then they may file a response to the petition **within 7 days,** identifying those differences. Responses are limited to 25 pages, double-spaced. If Respondents' positions are the same as in the prior cases in which this issue has been raised and decided to date by the judges of the United States District Court for the Western District of Pennsylvania, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

5.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 6th day of May, 2026,

BY THE COURT:

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  ECF Counsel of Record

- 2 -